IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DORIS STEVENS,

     Plaintiff,

v.                                             CASE NO. 1:06-cv-00102-MP-AK

MICHAEL J ASTRUE,
JO ANNE B BARNHART,

     Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 10, Report and Recommendation of the

Magistrate Judge, recommending that the decision of the commissioner, denying benefits, be

reversed and remanded for further proceedings.  The time for filing objections has passed, and

none have been filed.  The Court agrees with the Magistrate Judge that the Administrative Law

Judge did not property explain why he found a limited amount of severe back impairments

despite evidence in the medical records of various potentially severe impairments.  Second, the

Court agrees that the Administrative Law Judge should have required that evidence concerning

the claimant's most recent back surgery should have been made part of the record before

reaching a conclusion.  Finally, the Court agrees that the Administrative Law Judge should

reconsider – in light of the revised findings that will be made pursuant to the above concerns –

whether using the vocational grids rather than a vocational expert is appropriate in this case.

Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     1.  The Report and Recommendation is adopted and incorporated herein.

2.      The decision of the Commissioner denying benefits is REVERSED AND
        REMANDED for further proceedings to include evidence of Plaintiff's back
        surgery in September 2004, an updated RFC, an updated consultative
        examination, and if warranted by this additional medical evidence, the use of a
        vocational expert to assess the limitations of Plaintiff's current medical condition
        and the affect thereof on her ability to work in response to a hypothetical that
        includes the exertional and non-exertional limitations established by the evidence.

**DONE AND ORDERED** this  *25th*  day of September, 2007


         *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge